UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERI L. VERSTEEGH,

    Plaintiff,

    v.                                                                        Case No. 10-C-1181

MICHAEL J. ASTRUE,
Commissioner for Social Security Administration,

    Defendant.

**ORDER OF REMAND PURSUANT TO SENTENCE 4
OF SECTION 205 OF THE SOCIAL SECURITY ACT**

    This case is before the Court pursuant to a Joint Motion for Remand to the Commissioner for Further Action filed on June 21, 2011, based on an agreement by the parties that the case should be remanded to the Commissioner for further proceedings.

    **THEREFORE, IT IS HEREBY ORDERED** that this matter is remanded to the Commissioner pursuant to Sentence 4 of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

    This case will be remanded to an ALJ for rehearing. The claimant will be afforded the opportunity to testify and supplement the record with additional evidence. The ALJ shall address the relevant physician opinions, and if needed, re-contact physicians to clarify their opinions. The ALJ should weigh the physician opinions in accordance with the regulations. The ALJ should also re-evaluate the evidence, particularly the physician opinions pertaining to Ms. Versteegh's mental impairments. The ALJ will issue a new decision based on a *de novo* review of the record. The ALJ will follow the sequential evaluation process, as needed, to reach a decision.

**NOW, THEREFORE, IT IS ORDERED,** that the Joint Motion for Remand be granted.

**IT IS ALSO ORDERED** that the Clerk of the United States District Court is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin, this   22nd   day of June, 2011.

BY THE COURT:

  s/ William C. Griesbach
HON. WILLIAM C. GRIESBACH
United States District Judge